# UNITED STATES DISTRICT COURT

for the

Eastern District of California

FILED
Aug 06, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SEALED

United States of America
v.

HAZEM NAIM AWAD

*Defendant(s)*

Case No. 2:26-mj-0124 SCR

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 23, 2026 in the county of Solano in the Eastern District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| **18 U.S.C. § 922(g)** | **Felon in possession of a firearm** |

This criminal complaint is based on these facts:

See Affidavit of FBI Special TFO Dalton Ryken, attached hereto and incorporated by reference.

☒ Continued on the attached sheet.

/s/ Dalton Ryken
*Complainant's signature*

Dalton Ryken, FBI Task Force Officer
*Printed name and title*

Sworn to me and signed via telephone.

Date: August 6, 2026

*Judge's signature*

City and state: Sacramento, California

Sean C. Riordan, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT OF SOLANO COUNTY SHERIFF'S OFFICE TASK FORCE OFFICER DALTON RYKEN**

I, Solano County Sheriff's Office Task Force Officer Dalton Ryken, being duly sworn, hereby depose and state:

**CRIMINAL COMPLAINT**

This Affidavit is submitted in support of an arrest warrant and criminal complaint charging **HAZEM NAIM AWAD** with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), on or about July 23, 2026.

**BACKGROUND AND EXPERTISE**

I am currently employed by the Solano County Sheriff's Office and have been since September of 2014. I am currently assigned as a Detective and Task Force Officer (TFO) with the U.S. Federal Bureau of Investigation's (FBI) Solano County Violent Crime Task Force (SCVCTF) and am dually sworn as a state and federal law enforcement officer.

My responsibilities include investigations pertaining to violent offenders and violent organizations. These investigations frequently involve the possession and possession for sale of controlled substances and firearms, robberies, and homicides. I am currently assigned to a task force which includes members from various local agencies as well as federal agents. Part of my assignment is to assist local Solano County law enforcement partners with investigations involving violent acts and violent crime.

I attended a six-month basic police officer academy at the Napa Valley Police Academy in Napa, California. This training included over 20 hours of specialized training in controlled substances, which also included, but was not limited to, controlled substance identification, packaging, distribution, influence, and characteristics of use. I have attended over 200 hours of formal training pertaining to controlled substances and controlled substance investigations. I have arrested or assisted with the arrest of persons for possession of cocaine, cocaine base, crystal methamphetamine, marijuana, heroin, fentanyl, and MDMA. I have contacted no less than 500 people who have been arrested for possession of controlled substance(s), possession of controlled substances for sale, and/or firearms possession.

I have participated in discussion and informal training sessions with more experienced controlled

substance agents regarding the methods used by controlled substance manufactures, traffickers, and users. I regularly read controlled substance related literature to remain abreast of contemporary topics. I have spoken with individuals who have admitted possessing controlled substances for sale and/or possessing controlled substances for personal use. These individuals have discussed various topics surrounding controlled substances to include: packaging, pricing, use, manufacturing, methods of concealing, money laundering, transportation, protection, and the overall lifestyle and culture surrounding the illicit business.

I have testified as an expert in Solano County Superior Court for possession of methamphetamine, heroin, cocaine and fentanyl for sale. As a Detective and TFO, I have investigated cases involving possession of controlled substances and firearms for sale. Through these investigations, I have participated in numerous controlled buys of firearms and controlled substances.

I have participated in several investigations involving criminal gang activity within the county of Solano. I regularly meet with various Deputies and Detectives from the Solano County Sheriff's Office, other members of the FBI task force, and counterparts from other law enforcement agencies to share information regarding gang activity. I also regularly speak with gang members and their associates. I have attended various formal and informal training pertaining to gang activity and regularly review intelligence reports from federal, state, and local agencies regarding gang trends and activities

I was previously assigned to the Sheriff's Enforcement Team (SET). SET's responsibility and mission is the apprehension of fugitives and checking on the compliance of individuals on supervised release. During my time on SET, I conducted numerous controlled substance and firearms investigations. I authored and served various search warrants pertaining to controlled substances, firearms, and stolen property. I have worked with various bureaus within the Sheriff's Office, as well as various federal and state law enforcement agencies involving investigation of various crimes.

Previously, while employed as a Deputy Sheriff, I was assigned to the Solano County Sheriff's Office Patrol Bureau for a total of four years. During this time, I made hundreds of arrests, conducted and participated in over a thousand criminal investigations relating to, but not limited to, homicides, assaults, domestic violence, robberies, burglaries, thefts, sexual assaults, stolen vehicles, possession of controlled substances for sale, firearms possession, gang participation, and missing persons. These

investigations consisted of interviewing witnesses, victims, and possible leads; locating and gathering evidence; apprehending criminal suspects and violators of the law; preparing and processing all necessary reports; and testifying as a witness in court.

Prior to becoming a Deputy Sheriff, I graduated from California State University Sacramento in 2012 with a Bachelor of Science Degree in Criminal Justice. During my studies, I attended and completed courses relating to criminal investigations of the following: crimes against persons; crimes against property; narcotics; gangs; and firearms related offenses.

The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrants and does not set forth all of my knowledge about this matter.

I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), in that I am an officer of the United States empowered by law to conduct criminal investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516.

Because this affidavit is submitted for the limited purpose of establishing probable cause for the requested arrest warrant, I have not included each and every fact known to me about this case. Rather, I have set forth only the facts that I believe are necessary to support probable cause.

This affidavit is based upon my own personal knowledge but also the knowledge of other law enforcement officers involved in this investigation. Where I describe statements made by other people (including other special agents and/or law enforcement officers), the statements are described in sum, substance, and relevant part. Similarly, where I describe information contained in reports and/or other documents or records in this affidavit, that information is also described in sum, substance, and relevant part.

## STATEMENT OF PROBABLE CAUSE

### *July 3, 2026, Solano County Sheriff's Office Call for Service (26-02441)*

On July 3, 2026, Solano County Sheriff's Deputies were assigned to patrol within the City of Vallejo. Deputies received a call for service regarding Hazem AWAD. The reporting party called law enforcement out of concern for Victim 1, who was dating AWAD.

Deputies conducted record checks of AWAD which revealed AWAD was on active Post Release Community Supervision (PRCS) and had an outstanding felony warrant for his arrest.

At approximately 7:10 p.m., deputies observed AWAD washing a vehicle in the driveway of his known address on Idora Ave. As deputies approached to apprehend AWAD, he fled in a vehicle. A vehicle pursuit was initiated, and deputies pursued AWAD. AWAD ultimately drove wrong way on a nearby freeway and the pursuit was terminated.




*Figure 1: Left: AWAD refusing officer's order to stop and backing out of driveway. Right: AWAD after backing over lawn (in close proximity to standing officers) and speeding away instead of obeying officer's orders to stop.*

***Solano County Deputies conducted follow-up investigation to apprehend AWAD (26-02739)***

After the events of July 3, 2026, a Solano County Deputy Sheriff authored a Ramey warrant as well as a cell phone GPS "ping" warrant for AWAD and for the location of his cell phone. Both warrants were issued by a Solano County Magistrate.

Deputies used the ping data from AWAD's cell phone and located a new vehicle he was likely driving. On July 23, 2026, deputies monitored AWAD's pings and determined he was around the Storquest storage facility located at 1080 Magazine Street in Vallejo. Deputies used a department-issued unmanned aerial system drone to conduct surveillance from overhead and observed AWAD sitting in the driver's seat of a black Honda Ridgeline pick-up truck (displaying California License Plate: 92976B4) that was parked within the storage facility.

Deputies coordinated and initiated a high-risk felony stop on the Honda. AWAD was contacted in the driver's seat and was the sole occupant of the Honda. Deputies confirmed AWAD's felony warrants and placed him under arrest.

A record check of the public VIN on the Honda revealed it was a reported stolen vehicle. Deputies conducted a search of the Honda and located the following items of evidence:

1. Deputies located a black Smith & Wesson 9mm handgun (Serial # HXA0403) within a satchel-type bag in the backseat. A deputy removed the magazine from the firearm and noted it contained live ammunition. One live 9mm round was removed from the chamber.
2. Deputies recovered a black Smith & Wesson 9mm handgun (Serial # DTY6477) in the void between the driver's seat and the center console. A deputy removed the magazine from the firearm and noted it contained live ammunition. A live 9mm bullet was removed from the chamber. This firearm was confirmed to be reported stolen.
3. Deputies also discovered suspected methamphetamine, suspected fentanyl, and suspected heroin throughout the vehicle.
4. AWAD was arrested and declined to provide a statement to deputies.




*Figure 2: Left: Firearm recovered between driver's seat and center console. Middle and Right: Backpack recovered in back seat containing another firearm and narcotics.*

***AWAD has multiple prior felony convictions and is therefore prohibited from possessing firearms.***

On March 17, 2014, AWAD was sentenced to 48 months prison for Possession of a Controlled Substance while Armed, in violation of California Health and Safety Code 11370.1.

On March 17, 2014, AWAD was sentenced to 8 months prison for Possession of a Controlled Substance for Sale, in violation of California Health and Safety Code 11378.

On April 13, 2017, AWAD was sentenced to 3 years prison for Inflicting Corporal Injury on a Spouse/Cohabitant, in violation of California Penal Code 273.5.

On August 17, 2018, AWAD was sentenced to 45 days jail violating the terms and conditions of his PRCS, in violation of California Penal Code 3455.

On September 2, 2020, AWAD was sentenced to 16 months prison for False Imprisonment, in violation of California Penal Code 236.

On January 23, 2024, AWAD was sentenced to 44 months prison for Transportation of a Controlled Substance for Sale, in violation of California Health and Safety Code 11379.

On January 23, 2024, AWAD was sentenced to 44 months prison for Possession of a Firearm as a Felon, in violation of California Penal Code 29800.

On January 23, 2024, AWAD was sentenced to 44 months prison for Transportation of a Controlled Substance for Sale, in violation of California Health and Safety Code 11352.

On January 23, 2024, AWAD was sentenced to eight months prison for Evading Wrong Way, in violation of California Vehicle Code 2800.4.

On January 23, 2024, AWAD was sentenced to one year prison for Possession of a Controlled Substance in Prison, in violation of California Health and Safety Code 4573.6.

On December 20, 2024, AWAD was sentenced to two years prison for Felony Evading, in violation of California Vehicle Code 2800.2.

***Preliminary Interstate Nexus Determination***

The officers determined based on the markings and serial number on the Smith and Wesson firearms seized from AWAD's vehicle that the firearms were manufactured by Smith and Wesson. Smith and Wesson firearms are manufactured outside California. Because Smith and Wesson firearms are not manufactured in California, AWAD's firearms necessarily travelled in interstate and/or foreign commerce before AWAD possessed them in California.

## REQUEST TO SEAL

This Affidavit contains information regarding an ongoing criminal investigation. In light of the ongoing nature of the investigation and the likelihood that notice to AWAD would cause him to flee from prosecution or apprehension and jeopardize the safety of officers attempting to arrest him—especially considering he recently led police on a dangerous high-speed chase and drove the wrong way on the freeway, endangering the public—your Affiant respectfully requests that this Affidavit and the resulting

arrest warrant be sealed on the Court's docketing system. I further request that the Court authorize the sharing of this complaint with state law enforcement officers and prosecutors for coordination purposes.

**CONCLUSION**

Based on the above information, I believe there is probable cause that AWAD unlawfully possessed firearm(s), namely a Smith & Wesson 9mm handgun bearing Serial # HXA0403 and a Smith & Wesson 9mm handgun bearing Serial # DTY6477- in violation of 18 U.S.C. § 922(g)(1). I hereby request that this court issue an arrest warrant for AWAD.

I swear, under the penalty of perjury, that the foregoing information is true and correct to the best of my knowledge, information, and belief.

/s/ Dalton Ryken
Detective Dalton C Ryken
Solano County Sheriff's Office/FBI TFO

Subscribed and sworn to telephonically on: August 6, 2026

Hon. Sean C. Riordan
U.S. MAGISTRATE JUDGE

*/s/ Adrian T. Kinsella*
Approved as to form by AUSA ADRIAN T. KINSELLA

**United States v. HAZEM NAIM AWAD**
**Penalties for Criminal Complaint**

**COUNT 1:**

VIOLATION: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

PENALTIES: Not more than 15 years,
Not more than $250,000 fine or both
A three-year term of Supervised Release

SPECIAL ASSESSMENT: $100 (mandatory on each count)